UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15-cr-00028-TWP-VTW ) |
| ANDREW WOODROME, IV, | ) -12 ) |
| Defendant. | ) ) |

**ORDER**

Defendant Andrew Woodrome, IV, has written the Court a letter raising several matters. First, he requests a copy of his docket sheet. Second, he is alleging that correctional officers at FCI – Berlin in New Hampshire are illegally using drugs. Third, he appears to claim that he has been retaliated against by staff and improperly put into segregation without justification.

Defendant's request for a copy of his docket sheet, dkt. [1142], is **denied as moot**. The clerk already has responded to a subsequent letter from Defendant and sent him a copy of the docket.

The other matters Defendant raises cannot be addressed by the Court in this case. To the extent Defendant is challenging the current conditions of his confinement, the Bureau of Prisons has the responsibility for administering Defendant's sentence, not this Court. See *United States v. Wilson,* 503 U.S. 329, 335 (1992). If Defendant wishes to pursue a petition for habeas corpus under 28 U.S.C. § 2241 or a civil rights action under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), he may do so by filing a different action in the appropriate district. It is unclear from Defendant's letter whether that would be in this Court, as he is currently incarcerated at FCI – Terre

Haute, or in the District of New Hampshire, as he seems to assert illegal conduct occurring there at FCI – Berlin.

**IT IS SO ORDERED.**

Date: 4/18/2024

*[Signature]*

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

ANDREW WOODROME, IV
#13859-028
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
FCI – TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN 47808