UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15-cr-00028-TWP-VTW |
| | ) | |
| ANDREW WOODROME, IV, | ) -12 | |
| | ) | |
| Defendant. | ) | |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☒ DENIED.

☐ DENIED WITHOUT PREJUDICE.

☐ OTHER:

☒ FACTORS CONSIDERED: See attached opinion.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15-cr-00028-TWP-VTW |
| | ) | |
| ANDREW WOODROME, IV, | ) | -12 |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Defendant Andrew Woodrome, IV's sixth Motion Seeking Compassionate Release under § 603 of the First Step Act of 2018, which is codified at 18 U.S.C. § 3582(c)(1)(A). Dkt. 1201. For the reasons explained below, Mr. Woodrome's renewed motion for compassionate release is **denied**.

Mr. Woodrome has had five previous motions for compassionate release denied. (See Dkts. 1068, 1111, 1122, 1166, and 1200). In the last four denials, the Court has addressed Mr. Woodrome's claim that he is the only available caregiver for his father and that qualifies as an extraordinary and compelling reason for compassionate release. Similar to his previous motion, Mr. Woodrome does not provide any new evidence that his father is incapacitated. Although he states that his father had to be hospitalized for bypass surgery, he provides no proof, such as medical records or an affidavit from his father.

Further, he indicates that upon his release, he will be relying on his father to drive him to work until he can obtain his driver's license. (Dkt. 1201 at 39). This indicates that his father is not so infirm as to require constant medical care by Mr. Woodrome. Therefore, Mr. Woodrome has

not met his burden of showing that his father's health is an extraordinary and compelling reason for compassionate release.

Mr. Woodrome also claims that he was sentenced too harshly for the purity of the meth and this qualifies as an extraordinary and compelling reason for compassionate release. The Supreme Court has recently rejected this type of claim. In enacting § 401 of the First Step Act, Congress explicitly provided that the new, shorter mandatory minimum sentences did not apply retroactively. A nonretroactive change to a sentencing scheme cannot be an "extraordinary and compelling" reason to reduce a sentence for purposes of § 3582(c)(1)(A)(i). *See Rutherford v. United States*, 608 U.S. 454, 465(2026) ("When Congress declines to make a sentencing amendment retroactive, the fact that a preamendment sentence is longer than it would have been postamendment is not an 'extraordinary and compelling reaso[n]' that 'warrant[s]' a sentence reduction. 18 U.S.C. § 3582(c)(1)(A)(i). Insofar as the Commission's amended policy statement maintains otherwise [in U.S.S.G. § 1B1.13(b)(6)], it conflicts with the statute"). Therefore, the Court cannot consider the change in the law regarding meth purity when determining what qualifies as an extraordinary and compelling reason for compassionate release.

Finally, Mr. Woodrome recounts his rehabilitative efforts. While the Court commends him for his efforts, rehabilitation alone cannot be an extraordinary and compelling reason for a sentence reduction. *See* 28 U.S.C. § 994(t).

For the reasons stated above, Andrew Woodrome's Renewed Motion for Compassionate Release, Dkt. [1201], is **DENIED**. Mr. Woodrome's Motion Requesting Status of Case, Dkt. [1203], is **GRANTED** consistent with the issuance of this order.

**IT IS SO ORDERED.**

Date: November 13, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Andrew Woodrome, IV
Reg. No. 13859-028
FCI Terre Haute
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

All Electronically Registered Counsel